FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Fayetteville_ DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

May 22, 2018

OFFICE OF THE CLERK

_Adam B. Flores_

(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. _____
(Do Not Put Your Social Security Number)

V.                                               CASE NO. ____18-5086_____

_Turn key medical,_
_Trinity Food Service,_
_Sheriff Holloway Capt Guyll, Lt Holt John + Jane Doe(s)_

(Enter above the **full** name of the Defendant,
or Defendants, in this action.)

I.      Previous Lawsuits

A.      Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action?

        Yes _____            No _X_

B.      If your answer to A is yes, describe each lawsuit in the space below including the <u>exact</u>
        <u>Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional
        lawsuits on another piece of paper, using the same outline.)

        1.      Parties to this lawsuit

        Plaintiffs: _N/A_____

        Defendants: _N/A_____

        _____

        2.      Court (if federal court, name the district; if state, name the county):

        _N/A_____

        3.      Docket number: _N/A_____

        4.      Name of judge to whom case was assigned: _____

        5.      Disposition (for example: Was the case dismissed? Was it appealed?

                Is it still pending?) _____

        6.      Approximate date of filing lawsuit: _N/A_____

        7.      Approximate date of disposition: _N/A_____

                                                        (Revised12/2016)

-1-

II.  Place of Present Confinement: _BCDC 1300 SW 14th St._
_Bentonville, AR 72212_

III.  There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.

A.  Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _✓_          No _____

B.  If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

C.  If your answer is NO, explain why not: _GRIEVANCES ON_
_KIOSK_

IV.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Your Full Name: _ADAM BROOKS FLORES_
Address: _1300 SW 14TH St_
_Bentonville, AR. 72212_

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B.  Read carefully and fill out all information sought.

**1. Defendant #1.**

Full Name: _Turn Key Medical_
Position: _Medical Providers_
Place of Employment: _BCDC_
Address: _SAME AS ABOVE_

-2-

## 2. Defendant #2.

Full Name: _Trinity Food Service_

Position: _Food Service Provider_

Place of Employment: _BCDC_

Address: _Same as above_

## 3. Defendant #3.

Full Name: _Sheriff Holloway, Capt Guyll, Lt Holt_

Position: _Command Staff_

Place of Employment: _BCDC_

Address: _Same as above_

## 4. Defendant #4.

Full Name: _John & Jane Doe(s)_

Position: _Employees_

Place of Employment: _BCDC_

Address: _Same as above_

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

__✓__  in jail and still awaiting trial on pending criminal charges
_____  serving a sentence as a result of a judgment of conviction
_____  in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _Awaiting Trial_

Please provide the date of your conviction or probation or parole revocation:

_N/A_

-3-

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

_____ *SEPARATE PAPER* _____

_____

Date of the Occurrence: _____

Name of Each Defendant involved: _____

_____

_____

_____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

_____

_____

_____

_____

_____

_____ *SEPARATE PAPER* _____

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

   X      both official and personal capacity

-4-

Complaint #1

Turn Key medical was deliberately
Indifferant To my medical Need of
A Bland diet. At This Time Turn Key medical
did not Have A Bland Diet To Prescribe

I needlessly Suffered Stomach ACHES, CRAMPS,
diARREA, Etc by THE RefusAl To Prescribe
A Bland Diet TRAY for me

I Have No Gail Bladder Certain foods
irritate and upset my Stomach Causing
PAin and discomfort, mental Anguish, and
Emotional TRAUMA

medical Never prescribed me A Bland
Diet Tray. For over 45 days I
Suffered until Sgt Holderman
Spoke To Lt. Holt and got me A Bland
Diet Tray

Complaint # 2

Trinity food Service Has failed To
Hire A dietician This Has Allowed
for my Bland Diet Tray To be Lacking
in Protein, Diary, And fresh fruits &
vegatables.

I Have been Constantly Grieving my
Meals And being Retaliated Against
in The form of Sub-Standard food.

Half Cooked beans As Sandwich material
Has been Given I Have Lost Weight
As A Result of The Sub-Standard food

My Food is being used As A Deturant
To other Detainee's Seeking A Special
Diet

# Complaint #3

Sheriff Holloway, Jail Commander Guyll, Lt Holt and John & Jane Doe(s) of The BCDC Have violated The following Rights,

My Right To Marry Has been infringed upon by BCDC Custom Practice, Policy & Procedure Requiring Marriage Licenses To be obtained Prior To Arrest. BCDC Refuses To Allow A Detainee To obtain A Marriage License once in Jail

My 1st Amendment Right To obtain Books, Magazines & LawBooks is being infringed upon by The BCDC Defendants Jail Policy forbids me To obtain Books, Magazines, or Lawbooks from Publishers, Retailers etc

BCDC fails To Have Due process in Place for The Contesting of Mail and photo's That Are Refused BCDC & Smart Jail Mail. Com Violate My Due process Rights by Refusing Letters & photo's without Due process, These photo's Are Paid for personal Property

U.S. Postal Mail Has Taken 12-14 days
To be posted and as such is an Attempt
by Smart Jail Mail. Com To force me
To use only The E-Mail Service, This
Act infringes upon my 1st Amendment
Right To Send & Receive Mail.

BCDC Custom Practice Policy & Procedure
of Locking me into my Cell w/The
Lights off forcing me To Take A
Nap @ 12, 1, & 2pm until 5pm
Each day interupts my Normal Sleep
Cycle Causing Sleepless Nights.
At 5am I am forced out into The
DayRoom Sleepless And Tired forced To
Come out into A Loud over-Crowded
Day-Room

The T.B filter is Dirty & Not functioning
The Air Ducts are filthy
Mold is Being Breathed in Daily

# #3 Continued.

I have been subjected to deliberate indifference to my right to be housed in a humane manner with at least room to move about my cell.

My cell is approx $8^{ft} \times 12^{ft}$ and I have 3 people in this cell there is less than $30^{sq ft}$ per person

This causes conflict, hostility, as well as complications with my PTSd, Anxiety, Bi-polar Disorder

This is cruel and unusual punishment to be locked in for up to 15 hours or longer this crowded.

The noise is unbearable + causes emotional trauma + mental anguish due to the over crowded conditions

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Housing 3 Detainees in a 2 man Cell
Failure To Adhere To An 8 HR sleep Period
Failure To Provide special Diet as Needed
Failure To Provide Clean Ventilation

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII.   Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

_____   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

_____   Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Obtain a dietician at the
BCDC obtain over crowding
Relief
a Jury Trial Demand is
Being Made

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _____ day of _____ 20_____.

ADAM B. Flores
**Printed Name of Plaintiff**

**Signature of Plaintiff**

-7-

Adam B. Flores 0495298
1300 SW 14th St
Bentonville, AR 72712-3632

NWT ARKANSAS
AR 727
15 MAY '18
PM 1 L

neopost
05/14/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 72712
041M11270730

U.S. District Court
Clerks office
35 E. Mountain Rd 510
Fayetteville, AR 72701

72701-535365

RECEIVED
WD/AR

MAY 17 2018

U. S. CLERK'S OFFICE