IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ADAM B. FLORES**                                                                       **PLAINTIFF**

**VS.**                            **NO. 18-5086**

**LT. HOLT**                                                                               **DEFENDANT**

## AFFIDAVIT OF ATTEMPTED SERVICE

STATE OF ARKANSAS   )
                                  ) ss.
COUNTY OF PULASKI   )

      Comes now the Affiant, the undersigned attorney, and states, upon oath, the following:

1.      The undersigned, on behalf of the Defendant, mailed correspondence to the Plaintiff on August 6, 2018, forwarding a copy of the Answer as well as Interrogatories and Requests for Production.

2.      The Plaintiff's copy of the August 6, 2018, letter with enclosures was returned to the office of the attorney for the Defendant on August 14, 2018, marked "Return to Sender" and "No Longer Here." (See attached Exhibit No. 1.)

3.      The office of the attorney for the Defendant verified that they had sent Plaintiff's mail to his last-known address by verifying Plaintiff's current address with PACER.

4.      The office of the attorney for the Defendant also searched the ADC website to verify Plaintiff is currently not incarcerated in the ADC by using the search feature on the ADC's website: https://apps.ark.org/inmate_info/search.php.

5.      The Defendant, by her attorneys, is unable to affect service of the aforesaid letter requesting responses to discovery.

      FURTHER, AFFIANT SAYETH NAUGHT.

By: _____
JaNan Arnold Davis, #97043

On this 23rd day of October, 2018, before me, the undersigned Notary Public, personally appeared JaNan Arnold Davis, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF I hereunto set my hand and official seal.

E. Fonda Fitzgerald
Notary Public

My commission expires:

02-17-2021
(S E A L)

E. Fonda Fitzgerald
Notary Public - Arkansas
Pulaski County
My Commission Expires 02/17/2021
COMM #12380593

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of October, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I am mailing the document by United States Postal Service to the following non CM/ECF participants:

Mr. Adam Brooks Flores, Pro Se
c/o Benton County jail
1300 SW 14th Street
Bentonville, AR 72712

      I hereby certify that on this 23rd day of October, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which shall send notice to the following CM/ECF participants:

Mr. Benjamin Jackson
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
bjackson@mwlaw.com

Ms. Grace K. Johnson
Bassett Law Firm
P.O. Box 3618
Fayetteville, AR 72702
Gjohnson@bassettlawfirm.com

                                            /s/ JaNan Arnold Davis
                                            JaNan Arnold Davis

6653.5944